IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GODSCHALL,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration, [1]<br><br>*Defendant*. | CIVIL ACTION<br>NO. 18-1647 |

## ORDER

AND NOW, this 20th day of December, 2019, upon consideration of the brief and statement of issues in support of request for review by Plaintiff William Godschall (ECF No. 8), the Commissioner's response (ECF No. 9), Godschall's reply (ECF No. 11), the Report and Recommendation of Magistrate Judge Timothy R. Rice (ECF No. 24), the Commissioner's objection to the Report and Recommendation (ECF No. 25), Godschall's response to plaintiff's objections (ECF No. 27) and the administrative record (ECF No. 4) and for the reasons set forth in the accompanying memorandum it is **ORDERED** that:

    1.    The Report and Recommendation (ECF No. 24) is **APPROVED** and **ADOPTED**;

    2.    The Commissioner's objection to the Report and Recommendation (ECF No. 25) is **OVERRULED**;

---

[1] Andrew M. Saul became the Commissioner of the Social Security Administration on June 4, 2019. He is substituted as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

3. Godschall's Request for Review (ECF No. 8) is **GRANTED in part** and **DENIED in part**;

4. The decision of the Commissioner is **AFFIRMED IN PART** and **JUDGMENT** is entered in favor of the Commissioner and against Godschall with respect to the determination that Godschall was not disabled prior to the date of his 55th birthday;

5. The decision of the Commissioner is **REVERSED IN PART** and the case is **REMANDED** to the Commissioner to award disability insurance benefits to Godschall as of the date of his 55th birthday.

6. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.