# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GODSCHALL,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>    *Defendant*. | CIVIL ACTION<br>NO. 18-1647 |

## ORDER

AND NOW, this 11th day of February, 2020, upon consideration of the Commissioner's motion seeking to alter the Court's December 20, 2019 judgment under Federal Rule of Civil Procedure 59(e) (ECF No. 30) and Plaintiff William Godschall's response (ECF No. 31) and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
